**Entered on Docket
October 13, 2009**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JPMorgan Chase Bank, NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-9, Mortgage Pass-Through Certificates, Series 2005-9
09-76014

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-09-52670-GWZ |
| Clinton W. Leazer and Eva M. Leazer | Date: 9/29/09<br>Time: 10:00am |
| Debtors. | Chapter 7 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

///

///

above-entitled bankruptcy proceedings is granted as to the subject property described as 2625 Riverbend Drive, Modesto, CA 95351.

DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
**U. Mehi Aholelei-Aonga**
25 Cadillac Drive
Suite 200
Sacramento, CA 95825
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**Angelique L. M. Clark**
P. O. Box 50070
Sparks, NV 89435
Chapter 7 Trustee

1  ALTERNATIVE METHOD RE: LOCAL RULE 9021:
   In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2  ____ The court waived the requirements of LR 9021.
3  ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
   _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
4       unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
        and each has approved or disapproved the order, or failed to respond, as indicated below
5       (list each party and whether the party has approved, disapproved, or failed to respond to the
        document):
6
7  (List Parties)
   Debtor's counsel:
8
       _____ approved the form of this order        _____ disapproved the form of this order
9
       _____ waived the right to review the order and/or   _X_ failed to respond to the document
10
       _____ appeared at the hearing, waived the right to review the order
11
       _____ matter unopposed, did not appear at the hearing, waived the right to review the order
12
   Trustee:
13
       _____ approved the form of this order        _____ disapproved the form of this order
14
       _____ waived the right to review the order and/or   _X_ failed to respond to the document
15
   Other Party:_____
16
       _____ approved the form of this order        _____ disapproved the form of this order
17
       _____ waived the right to review the order and/or   _____ failed to respond to the document
18
19 Breach Order:
20     _____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of
21         this proposed order were transmitted to Debtor's counsel and appointed trustee to which
22         they have not replied
23
24 Submitted by:
    /s/ Gregory L. Wilde, Esq.
25 Gregory L. Wilde, Esq.
26 Attorney for Secured Creditor